IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| GEORGE TOMEK,<br><br>        Plaintiff,<br><br>vs.<br><br>LINCOLN FINANCIAL GROUP<br>a/k/a THE LINCOLN NATIONAL<br>LIFE INSURANCE GROUP, a<br>corporation,<br><br>        Defendant. | Case No. 7:13cv5005<br><br>**ORDER** |

Upon notice of settlement given to the magistrate judge by Steven Davidson, counsel for Defendant,

**IT IS ORDERED:**

1. On or before **January 10, 2014,** the parties shall electronically file a joint stipulation for dismissal (or other dispositive stipulation) and shall submit to Chief District Judge Laurie Smith Camp, at smithcamp@ned.uscourts.gov, a draft order which will fully dispose of the case;

2. Absent compliance with this order, this case (including all counterclaims and the like) may be dismissed without further notice; and

3. The Rule 16 planning conference set for January 13, 2014, is cancelled upon the representation that this case is settled.

Dated: December 11, 2013.

BY THE COURT:

s/ F.A. Gossett, III
United States Magistrate Judge