IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| GEORGE TOMEK,<br><br>    Plaintiff,<br><br>vs.<br><br>LINCOLN FINANCIAL GROUP, a/k/a THE LINCOLN NATIONAL LIFE INSURANCE COMPANY, a corporation,<br><br>    Defendant. | **CASE NO. 7:13CV5005**<br><br>**ORDER AND<br>FINAL JUDGMENT** |

This matter is before the Court on the parties' Joint Motion to Dismiss with Prejudice. (Filing No. 15). Under Federal Rule of Civil Procedure 41(a)(2), the Court finds the motion should be granted and the above-captioned case should be dismissed with prejudice. The parties will bear their own costs and attorney's fees.

Accordingly,

IT IS ORDERED:

1. The parties' Joint Motion to Dismiss with Prejudice (Filing No. 15) is granted;

2. The case is dismissed with prejudice; and

3. The parties will bear their own costs and attorney's fees.

Dated this 31st day of December, 2013.

                BY THE COURT:

                s/Laurie Smith Camp
                Chief United States District Judge